IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN R. LAIRD,

    Defendant.                               Case No. 06-30138-DRH

### ORDER

**HERNDON, District Judge:**

        Pending before the Court is a Motion to Withdraw (Doc. 243) submitted by Defendant's counsel, Eric W. Butts.  Due to irreconcilable differences, Mr. Butts requests leave to withdraw from this case.  The Court **GRANTS** this motion. (Doc. 243.)  In addition, the Court **APPOINTS** attorney Michael Ghidina as CJA counsel to represent Defendant in this matter.  Trial in this matter is currently set for July 9, 2007.

        **IT IS SO ORDERED.**

        Signed this 20th day of June, 2007.

                                                      /s/      David   RHerndon
                                                      **United States District Judge**