IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

**Plaintiff,**

v.

**JOHN R. LAIRD,**

**Defendant.**                                             No. 06-CR-30138-DRH

### ORDER

**HERNDON, Chief Judge:**

On January 4, 2008, the Court received two motions, a motion for bond reduction (Doc. 341) and a motion for specific discovery (Doc. 342), written by Defendant Laird. Defendant Laird is presently represented by Mr. Michael S. Ghidina. Because Defendant Laird is represented by counsel, the Court **STRIKES** the motions (Docs. 341 and 342). The Seventh Circuit has held that "A district court is entitled to insist that a represented party file papers only through counsel." ***Johnson v. United States*, 196 F.3d 802, 805 (7th Cir. 1999)**. Therefore, the Court insists that Laird only file pleadings through his attorney.

**IT IS SO ORDERED.**

Signed this 7th day of January, 2008.

/s/      DavidRHerndon
**Chief Judge
United States District Court**