IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 06-CR-30138-DRH |
| ) | |
| JOHN R. LAIRD, ) | |
| Defendant. ) | |

## O R D E R

**HERNDON, Chief Judge:**

Before the Court is a motion to continue the sentencing submitted by Defendant John R. Laird. (Doc. 464). The motion is unopposed. The Court finds that the sentencing should be postponed because attorney Schattnik is still in the process of obtaining necessary materials for the sentencing in this matter.

Therefore, the Court **GRANTS** Defendant Laird's motion to continue (Doc. 464) and continues the sentencing scheduled for Defendant Laird from November 14, 2008 to a new sentencing date of **February 13, 2009 at 9:00am**.

**IT IS SO ORDERED.**

Signed this 2nd day of October, 2008.

/s/ David R Herndon

**Chief Judge**
**United States District Court**